IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-887-F

| | |
|---|---|
| PAMELA BRAGG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOARD OF GOVERNORS OF THE ) | |
| UNIVERSITY OF NORTH CAROLINA ) | |
| CONSTITUENT N.C. STATE ) | |
| UNIVERSITY AT RALEIGH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Defendant's Motion to Dismiss [DE-13]. Therein, Defendant argues that Plaintiff's complaint must be dismissed for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient process, insufficient service of process, and failure to state a claim upon which relief may be granted. Defendant's motion is premised upon its assertion that it was served only with a partial complaint.

Plaintiff has responded with proof that she has re-served Defendant with summons and a full copy of the Complaint within the time allowed by the Clerk of Court. *See* Resp. to Mot. to Dismiss, Ex. 3 [DE-15-3]. Defendant has not replied or countered this assertion. Accordingly, because Defendant has now been served with the summons and a full copy of the Complaint, the Motion to Dismiss [DE-13] is DENIED.

SO ORDERED. This the 26 day of June, 2015.

*James C. Fox*
James C. Fox
Senior United States District Judge